IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ZERRICK C. ROBINSON,  : | |
| Petitioner,  : | |
| : | CIVIL ACTION NO. 14-0315-KD-C |
| vs.  : | |
| : | CRIMINAL NO. 12-0090-KD-C |
| : | |
| UNITED STATES OF AMERICA, | |
| : | |
| Respondent. | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 8, 2015 is **ADOPTED** as the opinion of this Court.

**DONE** this 15th day of June 2015.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE