# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| ZERRICK C. ROBINSON, | : |
| Petitioner, | : |
| | :    CIVIL ACTION NO. 14-0315-KD-C |
| vs. | : |
| | :    CRIMINAL NO. 12-0090-KD-C |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 8, 2015 is **ADOPTED** as the opinion of this Court.

Accordingly, it is ORDERED that Robinson's motion to vacate pursuant to 28 U.S.C. § 2255 is DENIED.

**DONE** this 29th day of January 2016.

                             s/ Kristi K. DuBose
                             KRISTI K. DuBOSE
                             UNITED STATES DISTRICT JUDGE

Case 1:12-cr-00090-KD-C   Document 129   Filed 02/02/16   Page 2 of 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ZERRICK C. ROBINSON, : | |
| Petitioner, : | |
| : | CIVIL ACTION NO. 14-0315-KD-C |
| vs. : | |
| : | CRIMINAL NO. 12-0090-KD-C |
| UNITED STATES OF AMERICA, : | |
| Respondent. | |

### ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 8, 2015, is **ADOPTED** as the opinion of this Court.

**DONE** this _____ day of June 2015.


s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE